**DISMISS; and Opinion Filed July 5, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00251-CV

### TERRENCE MACKEY, Appellant
### V.
### WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTIANA TRUST AS TRUSTEE FOR HLSS MORTGAGE MASTER TRUST FOR THE BENEFIT OF THE HOLDERS OF THE SERIES 2014-4 CERTIFICATES ISSUED BY THE HLSS MORTGAGE  MASTER TRUST, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-00005-E**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Brown
Opinion by Justice Lang-Miers

Appellant's brief in this case is overdue.  By postcard dated April 27, 2016, we granted appellant's motion for extension of time to file his brief until May 25, 2016.  We cautioned appellant that failure to file a brief by that date would result in the dismissal of this appeal without further notice.  By order dated May 26, 2016, we granted appellant's second motion to extend time to file his brief and ordered his brief to be filed by June 8, 2016.  To date, appellant has not filed a brief, filed a third extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a) (1), 42.3(b) (c).


      /Elizabeth Lang-Miers/
      ELIZABETH LANG-MIERS
      JUSTICE


160251F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TERRENCE MACKEY, Appellant

No. 05-16-00251-CV          V.

WILMINGTON SAVINGS FUND
SOCIETY, FSB D/B/A CHRISTIANA
TRUST AS TRUSTEE FOR HLSS
MORTGAGE MASTER TRUST FOR THE
BENEFIT OF THE HOLDERS OF THE
SERIES 2014-4 CERTIFICATES ISSUED
BY THE HLSS MORTGAGE  MASTER
TRUST, Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-16-00005-E.
Opinion delivered by Justice Lang-Miers.
Justices Evans and Brown participating.

        In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

        It is **ORDERED** that appellee WILMINGTON SAVINGS FUND SOCIETY, FSB
D/B/A CHRISTIANA TRUST AS TRUSTEE FOR HLSS MORTGAGE MASTER TRUST
FOR THE BENEFIT OF THE HOLDERS OF THE SERIES 2014-4 CERTIFICATES ISSUED
BY THE HLSS MORTGAGE  MASTER TRUST recover its costs of this appeal from appellant
TERRENCE MACKEY.


Judgment entered this 5th day of July, 2016.